CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
JAIME D. WALTER (SBN 281066)
jaime.walter@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
BHC HERITAGE OAKS HOSPITAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOGA ADOGLI,<br><br>          Plaintiff,<br><br>     v.<br><br>BHC HERITAGE OAKS HOSPITAL, INC., a Tennessee Corporation; and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. 2:13-cv-00212-TLN-AC<br><br>**STIPULATION AND ORDER REGARDING DEADLINE TO SUBMIT JOINT STATUS REPORT** |

Plaintiff BOGA ADOGLI ("Plaintiff") and defendant BHC HERITAGE OAKS HOSPITAL, INC. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to the following:

WHEREAS, on February 5, 2013, Plaintiff filed the instant action in this Court;

WHEREAS, on March 4, 2013, Plaintiff served Defendant with the Complaint for Damages ("Complaint");

WHEREAS, Defendant filed its Answer and Affirmative Defenses to Complaint for Damages on April 22, 2013;

WHEREAS, pursuant to paragraph 4 of the Court's February 5, 2013, Order Requiring Joint Status Report, the current deadline to submit a joint status report is May 3, 2013;

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND DEADLINE TO
SUBMIT JOINT STATUS REPORT

CASE NO. 2:13-CV-00212-TLN-AC

WHEREAS, the parties are now engaged in discussions that could obviate the need for a joint status report and would like additional time to continue the discussions;

WHEREAS, other than a stipulation extending the time for Defendant to respond to the Complaint for Damages by twenty-eight (28) days, there have been no prior requests for continuances or extensions;

WHEREAS, the parties jointly request that this Court extend the deadline for filing the joint status report, as set forth in paragraph 4 of the Court's Order Requiring Joint Status Report, to June 3, 2013.

IT IS SO STIPULATED.

Dated: April 26, 2013					DRINKER BIDDLE & REATH LLP


								By:/s/ Cheryl D. Orr
								    Cheryl D. Orr

								Attorneys for Defendant
								BHC HERITAGE OAKS HOSPITAL, INC.

Dated: April 26, 2013					SHIMODA LAW CORP.


								By:/s/ Galen T. Shimoda
								    Galen T. Shimoda

								Attorneys for Plaintiff
								BOGA ADOGLI

IT IS SO ORDERED THAT:

The deadline for the parties to submit a joint status report as set forth in paragraph 4 of the Order Requiring Joint Status Report is extended to June 3, 2013.  All remaining provisions of the above-mentioned order remain in effect.

Dated:  April 29, 2013

								_____
								Troy L. Nunley
								United States District Judge